**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JAMES COLVIN**                                                          **CIVIL ACTION**

**VERSUS**                                                                   **NO. 18-4982**

**JAMES M. LEBLANC**                                              **SECTION: "I"(5)**

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report

and Recommendation of the United States Magistrate Judge, and the objection by plaintiff,

James Colvin, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and

Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Respondent's Motion for Summary Judgment is granted and the

petition of James Colvin for issuance of a writ of habeas corpus under 28 U.S.C. § 2241, is

hereby **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 28th day of August, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE